UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RONALD KRAMER, Personal Representative
of the Estate of ALLYSON KRAMER, Dec**.,

       Plaintiff,                        Case No. 2:15-cv-13611-ATJ-MJH
                                                  Hon. Arthur J. Tarnow

vs.

**PROMEDICA MONROE REGIONAL HOSPITAL an assumed
name for MERCY MEMORIAL HOSPITAL CORPORATION,
RAHMON ZUCKERMAN, D.O., and,
MONROE EMERGENCY PHYSICIANS, P.C.,
Jointly and severally,**

    Defendants.
_____/

| | |
|---|---|
| DRIGGERS, SCHULTZ & HERBST, P.C. | RAMAR & PARADISO, P.C. |
| **JEFFREY S. COOK (P43999)** | JOHN J. RAMAR P-36440 |
| Attorney for Plaintiffs | MICHAEL J. PAOLUCCI P-44548 |
| 2600 W. Big Beaver Road, Suite 550 | Attorneys for Defendant ProMedica |
| Troy, MI  48084 | 2151 Livernois Road, Suite 300 |
| Telephone: (248) 458-3582 | Troy, MI  48084 |
| Facsimile:  (248) 649-6442 | Telephone: (313) 965-4524 |
| Email: JCook@DriggersSchultz.com | jramar@ramarparadiso.com |
| | mpaolucci@ramarparadiso.com |

KITCH, DRUTCHAS, WAGNER, et al.
JOHN S. WASUNG P-36712
DAVID T. HENDERSON P-56808
Attorneys for Defendants Zuckerman
and Monroe Emergency Physicians, P.C.
405 Madison Avenue, Suite 1500
Toledo, OH  43604-1235
Telephone: (419) 243-4006
Email: john.wasung@kitch.com
_____/

**<u>ORDER APPROVING SETTLEMENT AND DISTRIBUTION OF
WRONGFUL DEATH PROCEEDS</u>**

This matter having come on by way of Plaintiff's Motion for Approval of Settlement and Distribution of Wrongful Death Proceeds filed with this Honorable Court on April 29, 2016; the parties, after extensive negotiating, having achieved an amicable compromise of this matter; the Court having received signed Waivers from all heirs including the Personal Representative of the Estate of Allyson Kramer, Deceased, indicating that the settlement reached was in the best interest of the Estate of Allyson Kramer, Deceased, as well as the heirs and next of kin of Allyson Kramer, Deceased; and this court being otherwise fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED that the settlement proposed by the parties, the terms of which are set forth on the record of this Court, is hereby approved, the court expressly finding that the settlement is in the best interest of the Estate of Allyson Kramer, Deceased, and the heirs and next of kin of Allyson Kramer.

IT IS FURTHER ORDERED that Robert Kramer, Personal Representative of the Estate of Allyson Kramer, Deceased, is hereby authorized to execute a Release and Settlement Agreement, made available for the Court's review and expressly approved, on behalf of the Estate of Allyson Kramer, Deceased, in favor of Defendants and their agents, servants and/or employees, past and present and others specified as released parties therein.

IT IS FURTHER ORDERED that this approved Settlement between the parties is full and final; that defendants shall be and are hereby dismissed as parities with prejudice, thereby dismissing the entire cause of action, and that no costs, interest or fees shall be taxed for or against any party to this action.

IT IS FURTHER ORDERED that there are no outstanding funeral or burial expenses, medial or hospital expenses of decedent, Allyson Kramer.

It is further determined that no part of this settlement is being paid for conscious pain and suffering.

It is further determined that those persons and entities to whom distribution is to be made are as indicated below, and

NOW, THEREFORE, IT IS HEREBY ORDERED that the wrongful death proceeds received in this matter shall be disbursed as follows:

| | | |
|---|---|---|
| **Amount Received** | | **$325,000.00** |
| TO: | Driggers, Schultz & Herbst, P.C. as Reimbursement of costs | $1,727.50 |
| TO: | Driggers, Schultz & Herbst, P.C. as attorney fees | $107,757.50 |
| TO: | Robert Kramer Reimbursement of funeral expenses | $ 1,570.00 |
| TO: | Watson, Soileau, DeLeo, Burgett & Pickles Reimbursement of costs and probate atty fees For Allyson Kramer | $ 6,429.42 |
| TO: | Watson, Soileau, DeLeo, Burgett & Pickles | |

       Reimbursement of costs and probate atty fees
       For Rhonda Kramer                                    $ 5,565.00

To the following persons as loss of companionship and loss of society:

| TO: | | |
|---|---|---|
| Robert Kramer – Father | | $141,365.38 |
| Stephanie Guest – Sister | | $ 15,146.30 |
| Ashley Kowolsky – Sister | | $ 15,146.30 |
| Melissa Birch – sister | | $ 15,146.30 |
| Trevor Kramer – brother | | $ 15,146.30 |
| Robert Kramer, Sr. – grandfather | | $ 0.00 |
| Rosemary Kramer – grandmother | | $ 0.00 |
| Ronald Raymond – grandfather | | $ 0.00 |

This resolves the last pending claim and closes this matter

IT IS SO ORDERED.


                                           s/Arthur J. Tarnow
Dated: June 15, 2016                ARTHUR J. TARNOW
                                           SENIOR U.S. DISTRICT JUDGE