UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD KRAMER, Personal Representative
of the Estate of ALLYSON KRAMER, Dec;.

 Plaintiff,

vs.

Case No. 2:15-cv-13611-AJT-MJH
Hon. Arthur J. Tarnow

PROMEDICA MONROE REGIONAL HOSPITAL,
an assumed name for MERCY MEMORIAL HOSPITAL
CORPORATION, RAHMON ZUCKERMAN, D.O.,
and MONROE EMERGENCY PHYSICIANS, P.C.,
Jointly and severally,

 Defendants.

_____

JEFFREY S. COOK (P43999)
Driggers, Schultz & Herbst, P.C.
*Attorney for Plaintiff*
2600 W. Big Beaver Road
Suite 550
Troy, Michigan 48084
Phone: (248) 458-3582
Fax: (248) 649-6442
Email: Jcook@DriggersSchultz.com

JOHN J. RAMAR (P36440)
MICHAEL J. PAOLUCCI (P44548)
Ramar & Paradiso, P.C.
*Attorneys for Defendant ProMedica*
2151 Livernois Road, Suite 300
Troy, Michigan 48084
Phone: (313) 965-4524
Fax: (248) 269-4018
Email: jramar@ramarparadiso.com
   mpaolucci@ramarparadiso.com

JOHN S. WASUNG (P36712)
*Attorney for Defendants Rahmon Zuckerman, D.O.*
*and Monroe Emergency Physicians, P.C.*
Kitch, Drutchas, Wagner, Valitutti & Sherbrook
405 Madison Avenue, Suite 1500
Toledo, Ohio 43604-1235
Phone: (419) 243-4006
Email: john.wasung@kitch.com

_____

**ORDER APPROVING SETTLEMENT AND AUTHORIZING PERSONAL
REPRESENTATIVE, RONALD KRAMER TO EXECUTE GENERAL
RELEASE OF CLAIMS, DISMISSING ALL DEFENDANTS**

  This matter having come on for hearing before this Court; the parties, after extensive negotiation, having achieved an amicable compromise of this matter; the Court having taken testimony at length on the record from RONALD KRAMER, Personal Representative of the Estate of ALLYSON KRAMER, Deceased, indicating that the settlement reached is in the best interest of

the Estate of Allyson Kramer, as well as the heirs and next of kin of Allyson Kramer, and this Court being otherwise fully advised in the premises:

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the settlement proposed by the parties, the terms of which are set forth on the record of this Court, is hereby approved, the Court expressly finding that the settlement is in the best interest of the Estate of Allyson Kramer, Deceased, and the heirs and next of kin of Allyson Kramer.

**IT IS FURTHER ORDERED** that RONALD KRAMER, Personal Representative of the Estate of ALLYSON KRAMER, Deceased, is hereby authorized to execute a General Release of Claims, made available for the Court's review, and expressly approved on behalf of the Estate of Allyson Kramer, Deceased, in favor of Defendants, PROMEDICA MONROE REGIONAL HOSPITAL, an assumed name for MERCY MEMORIAL HOSPITAL CORPORATION, RAHMON ZUCKERMAN, D.O., and MONROE EMERGENCY PHYSICIANS, P.C., including, but not limited to all agents, servants, and employees, past and present, and others specified as released parties therein.

**IT IS FURTHER ORDERED** that this settlement between the parties is full and final; that Defendants, PROMEDICA MONROE REGIONAL HOSPITAL, an assumed name for MERCY MEMORIAL HOSPITAL CORPORATION, RAHMON ZUCKERMAN, D.O., and MONROE EMERGENCY PHYSICIANS, P.C., are hereby dismissed *with prejudice*, and that no costs, interest, or attorney fees shall be taxed against any party to this action.

**IT IS FURTHER ORDERED** that there shall be no disclosure of the terms of the settlement to any person other than the parties specified in the General Release of Claims in accordance with the terms and conditions set forth therein.

*This is a final Order of Dismissal and resolves this matter in its entirety.*

                                              s/Arthur J. Tarnow
                                              ARTHUR J. TARNOW
                                              SENIOR U.S. DISTRICT JUDGE

Dated: June 17, 2016

Approved as to form and substance:

*/s/ Jeffrey S. Cook* \*\*
_____
JEFFREY S. COOK (P43999)
Driggers, Schultz & Herbst, P.C.


*/s/ Michael J. Paolucci*
_____
JOHN J. RAMAR (P36410)
MICHAEL J. PAOLUCCI (P44548)
Ramar & Paradiso, P.C.


*/s/ David T. Henderson* \*\*
_____
JOHN S. WASUNG (P36712)
DAVID T. HENDERSON (P56808)
Kitch, Drutchas, Wagner,
Valitutti & Sherbrook


*\*\* Signed with permission.*